NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R.J. REYNOLDS TOBACCO
COMPANY,

   Appellant,

v.

ROSEMARIE C. GRAFFEO,
individually and as Personal
Representative of the Estate of
FRANK GRAFFEO; PHILIP
MORRIS USA INC., and
LORILLARD TOBACCO COMPANY,

   Appellees.

Case No. 2D18-4007

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Pasco County; Declan P. Mansfield,
Judge.

Marie Attaway Borland and Troy A.
Fuhrman of Hill Ward Henderson,
Tampa; and Charles R.A. Morse of
Jones Day, New York, New York for
Appellant R.J. Reynolds Tobacco
Company.

Maegen P. Luka and Celene H.
Humphries of Brannock & Humphries,
Tampa; Eric D. Roslansky of The Ruth
Law Team, St. Petersburg; Brent R.
Bigger and Shane A. Newlands of Paul

Knopf Bigger, PLLC, Tampa, for
Appellee Rosemarie C. Graffeo.

No appearance for remaining
Appellees.

PER CURIAM.

Affirmed.

VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.